UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>GABRIEL ALONZO PIERSON (11),<br>    Defendant. | NO. 1:20-CR-023-11-H |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge—and finding that the Defendant knowingly and voluntarily waived his right to object to the Report and Recommendation—the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct. It is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and the Defendant is hereby adjudged guilty.

Sentence will be imposed in accordance with the Court's scheduling order.

SO ORDERED.

Dated October 2, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE